## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

IN RE:

**Cody Marcel-Morris**
         Debtor(s).

_____/

**Casey H. Strong (86209)**
**JOHN D. BRADSHAW, P.C.**
**107 W. Michigan Ave 6ᵗʰ Floor**
**Kalamazoo, MI  49007**
**269-373-4400**

**Allison Greenlee Korr**
**Greenlee Law, P.C.**
**902 S Westnedge Ave**
**Kalamazoo, MI 49008**
**Attorney For Defendant**

_____/

**CASE NO.:  24-02924-swd**
**CHAPTER 13**

**Hon. Scott W. Dales**

## ORDER

This matter having come before this Court on Parkway Flat's Request to Withdraw Motion for Relief from Stay, and the Court being otherwise fully aware of the facts and the law:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay has been withdrawn.

This Order is effective immediately upon entry of this Court.

### END OF ORDER

**IT IS SO ORDERED.**

**Dated June 11, 2025**



Scott W. Dales
United States Bankruptcy Judge